# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 6:07-cr-153-Orl-28DAB

**MARIO J. ROBAINA**

| | | | |
|---|---|---|---|
| **JUDGE:** | John Antoon II | **COUNSEL FOR GOVT:** | Vincent Citro |
| **DEPUTY CLERK:** | Darleen Darley | **COUNSEL FOR DEFT(S):** | Andrew J. Chmelir |
| **COURT REPORTER:** | Anthony Rolland | **PRETRIAL/PROBATION:** | Mark Jacoby |
| **DATE/TIME:** | March 14, 2008 2:15-2:40 p.m. | **INTERPRETER:** | None |

## CLERK'S MINUTES ON CRIMINAL SENTENCING

Defendant is adjudged guilty on Count One of the Indictment.

Motion for Court to recognize defendant's substantial assistance (Doc. No. 87)    Granted.

IMPRISONMENT:    37 Months.

Court Recommends:    That defendant be incarcerated within the State of Florida and participate in a drug rehabilitation program while incarcerated within the Bureau of Prisons.

Supervised Release:    4 Years.

MANDATORY DRUG TESTING requirements are: Imposed.

Special Conditions of Supervised Release are:

   Participate in a program for treatment of narcotic addiction or drug or alcohol dependency.

   Community Service Program:    Perform 150 hours in lieu of paying a fine.

   Cooperate in the collection of DNA, as directed by the Probation Officer.

Fine and costs of imprisonment/supervision:    Waived.

Special Assessment:    $100.00.

DISMISSED COUNTS:    Count Two of the Indictment on the motion of U.S. Attorney.

Defendant is remanded to the custody of the U.S. Marshal.

Additional remarks:    Defendant is advised of right to appeal.